## GRANT V. CITY OF BIRMINGHAM.

(Decided April 23, 1908.)*

APPEAL from Jefferson Criminal Court

Heard before Hon. D. A. GREENE.

E. C. WINSTON, for appellant. E. D. & J. Q. SMITH, for appellee.

Per curiam. Dismissed for want of prosecution.

---

## GUYLLOU, ET AL. V. SICARD.

(Decided April 16, 1908.)

APPEAL from Jefferson Chancery Court.

Heard before Hon. A. H. BENERS.

BUSH & BUSH, and S. I. MONKS, for appellant. ARTHUR L. BROWN, for appellee.

DOWDELL, J. Affirmed on the authority of *Sicard v. Guyllou*, 147 Ala. 239.

TYSON, C. J., SIMPSON and ANDERSON, JJ., concur.

---

## EX PARTE HALL.

(Decided April 9, 1903.)

APPEAL from Andalusia City Court.

Heard before Hon. B. H. LEWIS.

PARKS & RANKIN, for appellant. ALBRITTON & ALBRITTON, and STEINER, CRUM & WEIL, for appellee.

Per curiam. Affirmed for want of brief of appellant.

---

## HENDERSON, ET AL. V. LANCASTER, JUDGE.

(Decided April 24, 1908.)

APPEAL from Elmore Circuit Court.

Heard before Hon. W. W. PEARSON.

J. M. CHILTON, for appellant. HILL, HILL & WHITING, for appellee.

Per curiam. Affirmed for want of transcript.